Núm. 7871.—Pueblo, apldo. *v.* Labrador et als., apltes.— ▇▇▇ Julio 5, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, esta apelación fué desestimada por la supuesta falta, de notificación al fiscal;

Por cuanto, el abogado del apelante presenta un escrito en que- jura que el fiscal del distrito de Arecibo fué debidamente notificado de la apelación;

Por tanto, se deja sin efecto la resolución dictada por este Tri- bunal con fecha 27 de mayo de 1940, y se ordena se señale oportuna- mente la vista de este caso en sus méritos.